Blanche O'BRIEN and Robert C. Roebling, Executors of the Estate of Karl G. Roebling, Deceased, Plaintiffs-Appellants, v. Edward L. STURGESS, Collector of Internal Revenue for the First District of New Jersey, Defendant-Appellee.

No. 4449.

Circuit Court of Appeals, Third Circuit.

Jan. 8, 1931.

Frank S. Bright, of Washington, D. C., H. Collin Minton, Jr., of Trenton, N. J., and Charles W. Jones and Lowndes C. Connally, both of Washington, D. C., for appellant.

Phillip Forman, U. S. Atty., of Trenton, N. J., and I. S. Worth, Asst. U. S. Atty., of Riverside, N. J. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and T. H. Lewis, Jr., and E. J. Dowd, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

The question involved in this tax case is, Where a decedent died within one year before passage of the Revenue Act of 1921, is the liability of his estate for a tax liability imposed by the Revenue Act of 1919 on death, but not collectible for one year thereafter, released and discharged by such act of 1921. The case turned on the meaning of the words of the act, "have accrued or may accrue." After argument and full consideration, we adopt as our own the comprehensive and able opinion of the trial judge, which is printed in the margin,[1] and on it affirm the judgment below.

PENICK & FORD, Limited, Incorporated, and Cresson-Morris Company, Defendants-Appellants, v. S. S. HEPWORTH COMPANY and Edith M. Horstman, Plaintiffs-Appellees.

No. 4387.

Circuit Court of Appeals, Third Circuit.

Jan. 23, 1931.

---

[1] Opinion of District Court will be found published in 39 F.(2d) 950.

Joshua R. H. Potts, of Chicago, Ill. (T. Bertram Humphries, of Philadelphia, Pa., of counsel), for appellants.

Hubert Howson and Howson & Howson, all of New York City, for appellees.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMPSON, District Judge.

BUFFINGTON, Circuit Judge.

This case has had our careful consideration. We are satisfied it was correctly decided by the court below. 37 F.(2d) 732. The thoroughness of the discussion of the salient points in the case by the trial judge is so full that we shall not attempt to put in other language what he has already so well said.

The case is affirmed on his opinion.

Ray PIPER, Appellant, v. Gunnar KNUDSON, Claimant of THE Motorship BRAND, Her Engines, etc., Appellee.

No. 6320.

Circuit Court of Appeals, Ninth Circuit.

Nov. 26, 1930.

For opinion below, see 29 F.(2d) 792.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellant to file record and docket cause.